

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>TIBRE SMITH<br>DEFENDANT(S). | CASE NUMBER<br>CR 11-284<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __FRIDAY, MAY 17, 2013__, at __3__ ☐ a.m. / ☑ p.m. before the Honorable _____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __DAVID T. BRISTOW__
(Other custodial officer) and produced for the hearing.

Dated: __5/16/13__

_____
U.S. District Judge/Magistrate Judge